UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 20-108 |
| v. | * | SECTION: "B" |
| KEISHIRA ROBINSON | * | |
| | * | |

\* \* \*

**RULE TO REVOKE SUPERVISED RELEASE**

**NOW INTO COURT** comes the United States of America, through the undersigned Assistant United States Attorney, and respectfully represents the following:

I.

On December 17, 2020, Keishira Robinson ("Robinson") pled guilty to Count 1 of an indictment charging the defendant with conspiracy to commit mail fraud, in violation of Title 18, United States Code, Section 371. Rec. Doc. 59 (Plea Agreement).

II.

On April 20, 2022, Robinson was sentenced to five (5) years of probation and a $100.00 special assessment fee. Rec. Doc. 172 (Judgment).

III.

Robinson violated the terms and conditions of her supervised release in the manner set forth in the Petition for Warrant or Summons for Offender Under Supervision. *See* Rec. Doc. 186.

IV.

**WHEREFORE**, the Government prays that defendant Keishira Robinson be brought before this Court, and a copy of this Rule be served upon her, and that she be ordered to show cause before this Court why her probation, which commenced on April 20, 2022, should not be revoked for her failure to abide by the terms of her probation.

    Respectfully submitted,

    DAVID I. COURCELLE
    UNITED STATES ATTORNEY


    */s/Edward J. Rivera*
    EDWARD J. RIVERA
    Assistant United States Attorney
    U.S. Attorney's Office (E.D. La.)
    650 Poydras Street, Suite 1600
    New Orleans, Louisiana 70130
    Telephone: (504) 680-3163
    E-Mail: Edward.J.Rivera@usdoj.gov